JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 10 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Ellen DeRosa v. Pfizer Inc., et al.*, D. New Hampshire, C.A. No. 1:05-116
*Mary Hansen v. Pfizer Inc., et al.*, D. Vermont, C.A. No. 1:05-100

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in a District of New Hampshire action and a District of Vermont action. Plaintiffs move to vacate the Panel's order conditionally transferring the actions to the District of Massachusetts for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Patti B. Saris. Defendants Pfizer Inc. (Pfizer) and a Pfizer affiliate support transfer of both actions.

On the basis of the papers filed and hearing session held, the Panel finds that these two actions involve common questions of fact with actions in this litigation previously transferred to the District of Massachusetts, and that transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer of the actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of Massachusetts was a proper Section 1407 forum for actions sharing factual questions arising out of allegations that common defendants had engaged in the illegal promotion and sale of the drug Neurontin for "off-label" use. *See In re Neurontin Marketing and Sales Practices Litigation*, 342 F.Supp.2d 1350 (J.P.M.L. 2004). Transfer under Section 1407 will permit these putative class actions that also are predicated on an alleged off-label Neruontin marketing scheme to proceed before a single transferee judge who is familiar with the complex questions at issue in MDL-1629 and who can structure pretrial proceedings to consider all parties' legitimate discovery needs, while ensuring that common parties and witnesses are not subjected to discovery demands which duplicate activity that will occur or has already occurred in other MDL-1629 actions.

---

*Judge Motz took no part in the disposition of this matter.

- 2 -

Plaintiffs premised much of their opposition to transfer on the argument that federal jurisdiction was lacking in their actions, and they urged the Panel not to order transfer before their motions to remand to state court were resolved by the federal courts in New Hampshire and Vermont. This objection has now been mooted with respect to the New Hampshire action as a result of the New Hampshire court's June 14, 2005 order denying remand. At any rate, such motions, if not resolved in transferor courts by the time of Section 1407 transfer, can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Patti B. Saris for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

ECF, MDL, STAYED

# U.S. District Court
## District of New Hampshire (Concord)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00116-JD

| | |
|---|---|
| DeRosa v. Pfizer, Inc., et al | Date Filed: 04/04/2005 |
| Assigned to: Judge Joseph A. DiClerico, Jr | Jury Demand: Plaintiff |
| Case in other court: RCSC 05-C-121; MDL-1629; USDC-MA, 04cv10981 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Petition for Removal- Racketeering (RICO) | Jurisdiction: Federal Question |

**Plaintiff**

**Ellen DeRosa**   represented by   **D. Michael Noonan**
Shaheen & Gordon (Dover)
PO Box 977
Dover, NH 03821-0977
749-5000
Email: mnoonan@shaheengordon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**   represented by   **John E. Friberg, Jr.**
Nixon Peabody LLP
889 Elm St
Manchester, NH 03101
603 628-4000
Email: jfriberg@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Worcester**
Nixon Peabody LLP
889 Elm St
Manchester, NH 03101
603 628-4000
Email: cworcester@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis, Inc.**   represented by   **John E. Friberg, Jr.**
*Division of*
Warner-Lambert Company
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Worcester**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2005 | 1 | NOTICE OF REMOVAL with Jury Demand from Rockingham County Superior Court, case number 05-C-121. ( Filing fee $ 250.00, receipt number 027020) filed by Parke-Davis, Inc., Pfizer, Inc. Answer due by 4/25/2005. State Court Record due by 4/18/2005. (Attachments:, # 1 Writ of Summons and Receipt of Writ)(jeb, ) (Entered: 04/06/2005) |
| 04/04/2005 | 2 | Disclosure Statement by Parke-Davis, Inc., Pfizer Inc. disclosing no parent companies, and no merger agreement.(jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 |   | NOTICE sent. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. (jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 |   | Certified copy of the docket sheet and a copy of the complaint sent to the MDL panel. (jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | 3 | NOTICE of Assignment to U.S. Magistrate Judge James R. Muirhead sent to all parties.(jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | 4 | Certified Copies of State Court Record. State Court Case No. 05-C-121, Rockingham County Superior Court. (Attachments:, # 1 Part 2 of 4 of records, # 2 Part 3 of 4 of records, # 3 Part 4 of 4 of records)(Friberg, John) (Entered: 04/06/2005) |
| 04/07/2005 |   | OBJECTION to Assignment to U.S. Magistrate Judge. Objection form returned to submitting party. Case reassigned to Judge Joseph A. DiClerico, Jr The new case designation is: 05-cv-116-JD, please show this number with the correct judge designation on all further pleadings. (jgb, ) (Entered: 04/08/2005) |
| 04/19/2005 | 5 | Joint MOTION to Extend Time to Answer to 30 days after any decision on motion to remand filed by Parke-Davis, Inc., Pfizer, Inc.. Follow up on Objection on 5/9/2005 (Worcester, Courtney) (Entered: 04/19/2005) |
| 04/21/2005 |   | **ENDORSED ORDER granting 5 Motion to Extend Time to Answer re 1 Notice of Removal,..** *Text of Order: Granted.* **Signed by Judge James R. Muirhead.(djb, ) (Entered: 04/21/2005)** |
| 05/04/2005 | 6 | MOTION to Remand filed by Ellen DeRosa. Follow up on Objection on 5/24/2005 (Attachments:, # 1 Memorandum of Law)(Noonan, D.) (Entered: 05/04/2005) |
| 05/09/2005 | 7 | ORDER MDL No. 1 re: conditional transfer to USDC - Boston, Massachusetts. Order is not effective until filed in the transferee court. MDL 1629 Miscellaneous Deadline set for 6/8/2005. (dae, ) (Entered: 05/09/2005) |

| | | |
|---|---|---|
| 05/12/2005 | 8 | MOTION to Stay *Pending Transfer by Judicial Panel on MultiDistrict Litigation* filed by Parke-Davis, Inc., Pfizer, Inc.. Follow up on Objection on 6/1/2005 (Attachments:, # 1 Exhibit A)(Friberg, John) (Entered: 05/12/2005) |
| 05/13/2005 | 9 | MOTION to Extend Time to until 10 days after final resolution of pending transfer by Judicial Panel on Multidistrict Litigation *to Object to Plaintiff's Motion to Remand* filed by Parke-Davis, Inc., Pfizer, Inc.. Follow up on Objection on 6/2/2005 (Friberg, John) (Entered: 05/13/2005) |
| 05/18/2005 | 10 | Assented to MOTION to Extend Time to Object/Respond to 6 MOTION to Remand to June 3, 2005 filed by Parke-Davis, Inc., Pfizer, Inc.. (Friberg, John) (Entered: 05/18/2005) |
| 05/19/2005 | | **ORDER granting 10 Motion to Extend Time to Object/Respond re 6 Motion to Remand. So Ordered by Judge James R. Muirhead. Follow up on Objection on 6/3/2005(djb, ) (Entered: 05/19/2005)** |
| 05/23/2005 | 11 | OBJECTION to 9 MOTION to Extend Time to until 10 days after final resolution of pending transfer by Judicial Panel on Multidistrict Litigation *to Object to Plaintiff's Motion to Remand* filed by Ellen DeRosa. (Noonan, D.) (Entered: 05/23/2005) |
| 05/23/2005 | 12 | OBJECTION to 8 MOTION to Stay *Pending Transfer by Judicial Panel on MultiDistrict Litigation* filed by Ellen DeRosa. (Attachments:, # 1 Memorandum of Law)(Noonan, D.) (Entered: 05/23/2005) |
| 05/23/2005 | | **ENDORSED ORDER denying 8 Motion to Stay Pending Transfer by Judicial Panel on MultiDistrict Litigation. *Text of Order: Denied.* So Ordered by Judge Joseph A. DiClerico Jr.(ga, ) (Entered: 05/23/2005)** |
| 05/23/2005 | 13 | **ORDER denying 9 Motion to Extend Time to until 10 days after final resolution of pending transfer by Judicial Panel on Multidistrict Litigation to Object to Plaintiff's Motion to Remand. So Ordered by Judge Joseph A. DiClerico Jr.(ga, ) (Entered: 05/23/2005)** |
| 06/03/2005 | 14 | MEMORANDUM in Opposition re 6 MOTION to Remand filed by Parke-Davis, Inc., Pfizer, Inc.. (Attachments:, # 1, # 2)(Friberg, John) (Entered: 06/03/2005) |
| 06/14/2005 | 15 | **ORDER denying 6 Motion to Remand. So Ordered by Judge Joseph A. DiClerico Jr. (ga, ) (Entered: 06/14/2005)** |
| 06/17/2005 | 16 | NOTICE of Hearing Session re MDL on 7/28/05, Denver, Colorado. (dae, ) (Entered: 06/17/2005) |
| 07/06/2005 | 17 | Assented to MOTION to Stay *Pending Determination by MDL* filed by Parke-Davis, Inc., Pfizer, Inc.. (Worcester, Courtney) (Entered: 07/06/2005) |
| 07/06/2005 | | **ENDORSED ORDER granting 17 Assented to Motion to Stay Pending Determination by MDL. *Text of Order: Granted.* So Ordered** |

|   |   | by Judge Joseph A. DiClerico Jr. (ga, ) **(Entered: 07/06/2005)** |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/16/2005 16:44:44 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00116-JD |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |