CLOSED, ECF, MDL

**U.S. District Court**
**District of New Hampshire (Concord)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00116-JD**

DeRosa v. Pfizer, Inc., et al
Assigned to: Judge Joseph A. DiClerico, Jr
Case in other court: RCSC 05-C-121; MDL-1629; USDC-MA, 04cv10981
Cause: 28:1441 Petition for Removal- Racketeering (RICO)

Date Filed: 04/04/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Ellen DeRosa**

represented by **D. Michael Noonan**
Shaheen & Gordon (Dover)
PO Box 977
Dover, NH 03821-0977
749-5000
Email: mnoonan@shaheengordon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **John E. Friberg, Jr.**
Nixon Peabody LLP
889 Elm St
Manchester, NH 03101
603 628-4000
Email: jfriberg@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Worcester**
Nixon Peabody LLP
889 Elm St
Manchester, NH 03101
603 628-4000
Email: cworcester@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis, Inc.**
*Division of*
Warner-Lambert Company

represented by **John E. Friberg, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Courtney Worcester**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2005 | 1 | NOTICE OF REMOVAL with Jury Demand from Rockingham County Superior Court, case number 05-C-121. ( Filing fee $ 250.00, receipt number 027020) filed by Parke-Davis, Inc., Pfizer, Inc. Answer due by 4/25/2005. State Court Record due by 4/18/2005. (Attachments:, # 1 Writ of Summons and Receipt of Writ)(jeb, ) (Entered: 04/06/2005) |
| 04/04/2005 | 2 | Disclosure Statement by Parke-Davis, Inc., Pfizer Inc. disclosing no parent companies, and no merger agreement.(jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | | NOTICE sent. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. (jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | | Certified copy of the docket sheet and a copy of the complaint sent to the MDL panel. (jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | 3 | NOTICE of Assignment to U.S. Magistrate Judge James R. Muirhead sent to all parties. (jeb, ) (Entered: 04/06/2005) |
| 04/06/2005 | 4 | Certified Copies of State Court Record. State Court Case No. 05-C-121, Rockingham County Superior Court. (Attachments:, # 1 Part 2 of 4 of records, # 2 Part 3 of 4 of records, # 3 Part 4 of 4 of records)(Friberg, John) (Entered: 04/06/2005) |
| 04/07/2005 | | OBJECTION to Assignment to U.S. Magistrate Judge. Objection form returned to submitting party. Case reassigned to Judge Joseph A. DiClerico, Jr The new case designation is: 05-cv-116-JD, please show this number with the correct judge designation on all further pleadings.(jgb, ) (Entered: 04/08/2005) |
| 04/19/2005 | 5 | Joint MOTION to Extend Time to Answer to 30 days after any decision on motion to remand filed by Parke-Davis, Inc., Pfizer, Inc.. Follow up on Objection on 5/9/2005 (Worcester, Courtney) (Entered: 04/19/2005) |
| 04/21/2005 | | **ENDORSED ORDER granting 5 Motion to Extend Time to Answer re 1 Notice of Removal,.. *Text of Order: Granted.* Signed by Judge James R. Muirhead.(djb, ) (Entered: 04/21/2005)** |
| 05/04/2005 | 6 | MOTION to Remand filed by Ellen DeRosa. Follow up on Objection on 5/24/2005 (Attachments:, # 1 Memorandum of Law)(Noonan, D.) (Entered: 05/04/2005) |
| 05/09/2005 | 7 | ORDER MDL No. 1 re: conditional transfer to USDC - Boston, Massachusetts. Order is not effective until filed in the transferee court. MDL 1629 Miscellaneous Deadline set for 6/8/2005. (dae, ) (Entered: 05/09/2005) |
| 05/12/2005 | 8 | MOTION to Stay *Pending Transfer by Judicial Panel on MultiDistrict Litigation* filed by Parke-Davis, Inc., Pfizer, Inc.. Follow up on Objection on 6/1/2005 (Attachments:, # 1 Exhibit A)(Friberg, John) (Entered: 05/12/2005) |
| 05/13/2005 | 9 | MOTION to Extend Time to until 10 days after final resolution of pending transfer by Judicial Panel on Multidistrict Litigation *to Object to Plaintiff's Motion to Remand* filed by Parke-Davis, Inc., Pfizer, Inc.. Follow up on Objection on 6/2/2005 (Friberg, John) (Entered: 05/13/2005) |
| 05/18/2005 | 10 | Assented to MOTION to Extend Time to Object/Respond to 6 MOTION to Remand to June 3, 2005 filed by Parke-Davis, Inc., Pfizer, Inc.. (Friberg, John) (Entered: |

| | | |
|---|---|---|
| | | 05/18/2005) |
| 05/19/2005 | | **ORDER granting 10 Motion to Extend Time to Object/Respond re 6 Motion to Remand. So Ordered by Judge James R. Muirhead. Follow up on Objection on 6/3/2005(djb, ) (Entered: 05/19/2005)** |
| 05/23/2005 | 11 | OBJECTION to 9 MOTION to Extend Time to until 10 days after final resolution of pending transfer by Judicial Panel on Multidistrict Litigation *to Object to Plaintiff's Motion to Remand* filed by Ellen DeRosa. (Noonan, D.) (Entered: 05/23/2005) |
| 05/23/2005 | 12 | OBJECTION to 8 MOTION to Stay *Pending Transfer by Judicial Panel on MultiDistrict Litigation* filed by Ellen DeRosa. (Attachments:, # 1 Memorandum of Law)(Noonan, D.) (Entered: 05/23/2005) |
| 05/23/2005 | | **ENDORSED ORDER denying 8 Motion to Stay Pending Transfer by Judicial Panel on MultiDistrict Litigation. *Text of Order: Denied.* So Ordered by Judge Joseph A. DiClerico Jr.(ga, ) (Entered: 05/23/2005)** |
| 05/23/2005 | 13 | **ORDER denying 9 Motion to Extend Time to until 10 days after final resolution of pending transfer by Judicial Panel on Multidistrict Litigation to Object to Plaintiff's Motion to Remand. So Ordered by Judge Joseph A. DiClerico Jr.(ga, ) (Entered: 05/23/2005)** |
| 06/03/2005 | 14 | MEMORANDUM in Opposition re 6 MOTION to Remand filed by Parke-Davis, Inc., Pfizer, Inc.. (Attachments:, # 1, # 2)(Friberg, John) (Entered: 06/03/2005) |
| 06/14/2005 | 15 | **ORDER denying 6 Motion to Remand. So Ordered by Judge Joseph A. DiClerico Jr. (ga, ) (Entered: 06/14/2005)** |
| 06/17/2005 | 16 | NOTICE of Hearing Session re MDL on 7/28/05, Denver, Colorado. (dae, ) (Entered: 06/17/2005) |
| 07/06/2005 | 17 | Assented to MOTION to Stay *Pending Determination by MDL* filed by Parke-Davis, Inc., Pfizer, Inc.. (Worcester, Courtney) (Entered: 07/06/2005) |
| 07/06/2005 | | **ENDORSED ORDER granting 17 Assented to Motion to Stay Pending Determination by MDL. *Text of Order: Granted.* So Ordered by Judge Joseph A. DiClerico Jr. (ga, ) (Entered: 07/06/2005)** |
| 08/15/2005 | 18 | TRANSFER ORDER, copy of, from the Panel Chairman ordering transfer to Massachusetts. MDL 1629. Miscellaneous Deadline set for 9/14/2005. (dae, ) (Entered: 08/25/2005) |
| 08/22/2005 | 19 | MDL FINAL TRANSFER ORDER, certified copy, case is transferred to Massachusetts for proceedings pursuant to 28 USC 1407. MDL Case 1629 (dae, ) (Entered: 08/25/2005) |
| 08/25/2005 | | Certified copy of the docket sheet sent to USDC, Massachusetts. The case is ECF so any documents can be obtained from the docket sheet per Deputy Clerk Matthew Paine. (dae, ) (Entered: 08/25/2005) |

UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

August 18, 2005

Mr. James R. Starr, Clerk
United States District Court
110 Warren B. Rudman United States Courthouse
55 Pleasant Street
Concord, NH 03301

IN RE: MDL DOCKET No. 1629 In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts Lead Case No. 1:04cv10981-PBS
Your Case: Civil Action No: 1:05-cv-00116 DeRosa v. Pfizer, Inc. et al JD
District of MA No: 1:05-cv-11706 PBS

Dear Mr. Starr:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid

Kimberly M. Abaid
Deputy Clerk

Information Copy to: Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch